William Keith BEARDSLEY, Petitioner,

v.

COLORADO STATE UNIVERSITY, State of Colorado—State Personnel Board; William Liley, Director of Personnel, Colorado State University; Wayne Teegarden, Chief of Police, Colorado State University Police Department, State Board of Agriculture in the Interest of Colorado State University, State Personnel Board, B.A. Arguello, Jan Knoop, Randall C. Mustain–Wood, Francis F. Kethcart and Marie Couch, Respondents.

No. 87SC258.

Supreme Court of Colorado, En Banc.

Sept. 22, 1988.

ORDER OF COURT

Upon consideration of the oral argument by counsel and the briefs and record submitted in the above cause, and now being sufficiently advised in the premises,

IT IS THIS DAY ORDERED that the Writ of Certiorari is DISCHARGED as having been improvidently granted.